# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| CYBERXFORCE CORPORATION and DIGITALXFORCE CORPORATION, §§§§§ Plaintiffs/Counter-Defendants, §§ v. §§ INSPIRA ENTERPRISE INDIA LIMITED and INSPIRA ENTERPRISE, INC., §§§§§ Defendants/Counter-Plaintiffs, §§ INSPIRA ENTERPRISE INDIA LIMITED and INSPIRA ENTERPRISE, INC., §§§§§ Third-Party Plaintiffs, §§ v. §§ LALIT AHLUWALIA and INSPIRE CYBERX EXCELLENCE, INC., §§§§ Third-Party Defendants. | Civil Action No. 4:23-cv-00452-O |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs CyberXForce Corporation, DigitalXForce Corporation, Defendants Inspira Enterprise India Limited and Inspira Enterprise, Inc., and Third Party Defendants Lalit Ahluwalia and Inspire CyberX Excellence (collectively, the "Parties") announce that the Parties have settled their dispute, have dismissed and terminated the arbitration, and seek to dismiss the above-styled and numbered cause on the following terms. Pursuant to the Parties' agreement,

**IT IS THEREFORE ORDERED** that all claims, counterclaims, and third-party claims that were asserted or that could have been asserted by the Parties are hereby **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that attorney's fees, costs, and other legal expenses shall be borne by the party incurring the same.

**SO ORDERED** this **16th day** of **November, 2023**.

_Reed O'Connor_
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**