# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| CYBERXFORCE CORPORATION and DIGITALXFORCE CORPORATION, § § § Plaintiffs/Counter-Defendants, § § v. § § INSPIRA ENTERPRISE INDIA LIMITED and INSPIRA ENTERPRISE, INC., § § § Defendants/Counter-Plaintiffs, § § ──────────────────────────── § § INSPIRA ENTERPRISE INDIA LIMITED and INSPIRA ENTERPRISE, INC., § § § Third-Party Plaintiffs, § § v. § § LALIT AHLUWALIA and INSPIRE CYBERX EXCELLENCE, INC., § § § Third-Party Defendants. § | Civil Action No. 4:23-cv-00452-O |

## FINAL JUDGMENT

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Fed. R. Civ. P. 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. All claims, counterclaims, and third-party claims that were asserted or that could have been asserted by the Parties are hereby **DISMISSED with prejudice**;

2. Attorney's fees, costs, and other legal expenses shall be borne by the party incurring the same.

3. This Order fully and finally resolves all issues between the above-named parties. Any relief not specifically granted in this Judgment is **DENIED** and any parties not otherwise disposed of are **DISMISSED**.

**SO ORDERED** this **16th day** of **November, 2023**.

*Reed O'Connor*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**